**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVEN MEDWED, Individually and On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   v.<br><br>PRINCIPAL FUNDS, INC., THE PRINCIPAL FINANCIAL GROUP, and R.C. EUCHER,<br><br>      Defendants. | CIVIL ACTION NO. 10-12075- DJC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by all parties that pursuant to F.R.C.P. 41(a)(1)(A)(ii), the above captioned action is hereby dismissed with prejudice, each party expressly waiving all rights of appeal and each party agreeing to bear its own costs and attorneys' fees in this matter.

**[Signatures on following page]**

Respectfully submitted,

| | |
|---|---|
| STEVEN MEDWED, Individually and On Behalf Of All Other Similarly Situated, | PRINCIPAL FUNDS, INC., THE PRINCIPAL FINANCIAL GROUP, and R.C. EUCHER, |
| By his counsel, | By their counsel, |
| /s/ Stamenia Tzouganatos<br>GELB & GELB LLP<br>Richard M. Gelb (BBO#188240)<br>rgelb@gelbgelb.com<br>Daniel K. Gelb (BBO#659703)<br>dgelb@gelbgelb.com<br>Stamenia Tzouganatos (BBO#661509)<br>stzouganatos@gelbgelb.com<br>84 State Street, 4th Floor<br>Boston, MA  02109<br>(617) 345-0010 | /s/Michael S. D'Orsi<br>DONNELLY, CONROY& GELHAAR, LLP<br>Peter E. Gelhaar (BBO#188310)<br>peg@dcglaw.com<br>Michael S. D'Orsi (BBO# 566960)<br>msd@dcglaw.com<br>1 Beacon Street, 33rd Floor<br>Boston, Massachusetts  02108<br>(617) 720-2880 |
| HARWOOD FEFFER LLP<br>Robert I. Harwood<br>rharwood@hfesq.com<br>Peter W. Overs, Jr.<br>povers@hfesq.com<br>Roy Shimon<br>rshimon@hfesq.com<br>488 Madison Avenue, 8th Fl.<br>New York, New York, 10022<br>(212) 935-7400 | SIDLEY AUSTIN LLP<br>Joel S. Feldman (*pro hac vice*)<br>jfeldman@sidley.com<br>Linton J. Childs (*pro hac vice*)<br>lchilds@sidley.com<br>Jason M. Adler (*pro hac vice*)<br>jadler@sidley.com<br>One South Dearborn Street<br>Chicago, Illinois  60603<br>(312) 853-7000 |

Dated:  March 25, 2011

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 25, 2011.

                                          /s/ Stamenia Tzouganatos
                                          Stamenia Tzouganatos